IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| ZACHARY GARRISON,<br><br>        Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>        Defendant. | *<br>*<br>*<br>*<br>*   No. 2:10-cv-00196-JJV<br>*<br>*<br>*<br>* |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED with prejudice.

IT IS SO ORDERED this 19th day of January, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE